**UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FRANK BANDAS | ) | |
| | ) | |
| PLAINTIFF, | ) | Civil Action No. 17-cv-00987 |
| | ) | |
| v. | ) | Hon. Samuel Der-Yeghiayan |
| | ) | |
| NATIONWIDE CREDIT, INC., | ) | Magistrate Judge Young B. Kim |
| | ) | |
| DEFENDANT. | ) | |

## PLAINTIFF'S MOTION FOR DEFAULT ORDER

NOW COMES the Plaintiff, Frank Bandas, by and through his attorneys, and hereby moves this Court to hold the Defendant, Nationwide Credit Inc. in default. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed his First Amended Complaint on February 14, 2017. (Dkt.#5).

2. The Defendant was served with process on February 27, 2017, and their responsive pleading was due March 20, 2017. (Dkt. #7).

3. Defendant has failed to timely answer or otherwise plead.

4. Plaintiff thus asks that this Court Enter an Order of Default as to Defendant, Nationwide Credit, Inc. pursuant to Fed. R.Civ. P. 55(a) and to set this matter for a future date for entry of default judgment and prove-up.

WHEREFORE, Plaintiff Frank Bandas, by and through his attorneys, moves this Honorable Court to enter default at to Defendant, Nationwide Credit, Inc., and for any other relief this Court deems just.

Respectfully Submitted,
*/s/ Celetha C. Chatman*
Celetha Chatman

Celetha Chatman
Attorney at Law
Community Lawyers Group, Ltd.
73 W. Monroe, Suite 514
Chicago, IL 60603
Ph: 312.757.1880
fax: 312.476.1383
cchatman@communitylawyersgroup.com

| FRANK BANDAS | ) | |
|---|---|---|
| | ) | |
| PLAINTIFF, | ) | Civil Action No. 17-cv-00987 |
| | ) | |
| v. | ) | Hon. Samuel Der-Yeghiayan |
| | ) | |
| NATIONWIDE CREDIT, INC., | ) | Magistrate Judge Young B. Kim |
| | ) | |
| DEFENDANT. | ) | |

## CERTIFICATE OF SERVICE

I, Celetha C. Chatman, an attorney, certify that I shall cause to be served a copy of the **Plaintiff's Notice of Motion For Default Order & Motion For Default Order** upon the following individual(s), as indicated below, this day of March 31, 2017, along with a certified copy of the notice of motion entered in the case referenced above:

| | | |
|---|---|---|
| ___ | CM/ECF | Nationwide Credit, Inc. |
| ___ | Facsimile | c/o Prentice Hall Corporation |
| ___ | Federal Express | 222 S. Riverside Plaza, Suite 2310 |
| ___ | UPS | Chicago, Illinois 60606 |
| _x_ | USPS Mail | |
| ___ | Messenger | |
| ___ | Email | |

By:    */s/Celetha C. Chatman*
        Attorney for Plaintiff

Celetha Chatman
Michael Wood
***Community Lawyers Group, Ltd.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
(312)757-1880
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com